IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV125

| | | |
|---|---|---|
| JAMES L. YERKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NATIONWIDE TRUSTEE SERVICES, INC., *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Defendant Nationwide Trustee Services, Inc.'s Motion for Judgment on the Pleadings pursuant to Rule 12 of the Federal Rules of Civil Procedure.

It appears that this Defendant may be entitled to judgment on the pleadings in this action as a matter of law. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, JAMES L. YERKES, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendant's brief supporting the Motion for Judgment on the Pleadings.

Within fourteen days of the date of entry of this Order, the Plaintiff must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion for Judgment on the Pleadings. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be

served on the Defendants and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendant's Motion for Judgment on the Pleadings.

The Clerk is directed to certify copies of this Order to Plaintiff. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: April 26, 2011

Graham C. Mullen
United States District Judge