IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV125

| | |
|---|---|
| JAMES L. YERKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NATIONWIDE TRUSTEE SERVICES, ) | |
| INC, as Trustee/Substitute Trustee, formerly) | |
| known as COUNTRYWIDE HOME ) | |
| LOANS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court upon Defendant Nationwide Trustee Services, Inc.'s ("Nationwide") Motion for Judgment on the Pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. On April 27, 2011, the court entered an Order directing the *pro se* Plaintiff to file a response in opposition to the motion within fourteen days. To date, the Plaintiff has failed to file any such response or request an extension of time to do so. Plaintiff's Complaint appears to arise out of the origination, servicing and foreclosure on Plaintiff's mortgage. The court has considered the Defendant's Motion for Judgment on the Pleadings and finds that for the reasons stated in Defendant's Memorandum of Law in support of its motion, the motion should be granted.

IT IS THEREFORE ORDERED that Defendant Nationwide's Motion for Judgment on the Pleadings is hereby granted and this case is hereby dismissed with prejudice.

Signed: May 11, 2011

Graham C. Mullen
United States District Judge