# United States District Court
# For The Western District of North Carolina
# Asheville Division

James L. Yerkes ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            1:10-cv-00125

Nationwide Trustee Services, Inc. Et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/11/2011 Order.

                                                     Signed: May 11, 2011

                                                     _____
                                                     Frank G. Johns, Clerk
                                                     United States District Court